

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00029-CR
No. 02-21-00030-CR
No. 02-21-00031-CR
No. 02-21-00032-CR
No. 02-21-00033-CR
No. 02-21-00034-CR
No. 02-21-00035-CR
No. 02-21-00036-CR
No. 02-21-00037-CR
No. 02-21-00038-CR

_____

ASHLEE NICOHL JONES, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court Nos. 1584122D, 1584132D, 1584137D, 1584140, 1584146,
1584148D, 1584152, 1608585D, 1608823D, 1530955D

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss her appeals. Because we have not yet decided these cases, we grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 29, 2021